**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Lee,* Slip Opinion No. 2017-Ohio-7826.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2017-OHIO-7826

THE STATE OF OHIO, APPELLEE, *v.* LEE, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Lee,* Slip Opinion No. 2017-Ohio-7826.]**

*Court of appeals' judgment affirmed on the authority of* State v. Aalim.

(No. 2016-0315—Submitted April 4, 2017—Decided September 27, 2017.)

APPEAL from the Court of Appeals for Franklin County,

No. 14AP-1009, 2016-Ohio-122.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Aalim*, ___ Ohio St.3d ___, 2017-Ohio-2956, __ N.E.3d ___.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, FISCHER, and DEWINE, JJ., concur.

O'NEILL, J., dissents for the reasons stated in his dissenting opinion in *State v. Aalim*, ___ Ohio St.3d ___, 2017-Ohio-2956, __ N.E.3d ___, would reverse the judgment of the court of appeals pursuant to *State v. Aalim*, ___ Ohio St.3d ___,

2016-Ohio-8278, ___ N.E.3d ___, and would remand the cause to the juvenile court for an amenability determination consistent with R.C. 2152.12(B).

_____

Ron O'Brien, Franklin County Prosecuting Attorney, and Valerie B. Swanson, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Sheryl Trzaska and Brooke M. Burns, Assistant Public Defenders, for appellant.

_____